UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
SOL INC DBA AUDIO              )
                               )
                               )
            Plaintiff,         )
                               )
     v.                        )     CV F 05-1195 OWW DLB
                               )
AUDIO CITY                     )     ORDER DISMISSING ACTION
                               )     FOR LACK OF PROSECUTION
            Defendant.         )
                               )
                               )
_____)
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.


Dated: September 28, 2006           /s/ OLIVER W. WANGER
                                   _____
                                        OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

1